# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
FEB 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) CR. S-03-0371MCE
)
BRENT DELVALEN BLAKE, )
aka Baby Luke )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (x) Ad Prosequendum    ( ) Ad Testificandum.

Name of Detainee: **BRENT DELVALEN BLAKE**

Detained at (custodian): Centinela State Prison, 2302 Brown Road, Imperial, CA 92251

Detainee is:   a.)   (X) charged in this district by:
    (X) Indictment    ( ) Information    ( ) Complaint
    Charging Detainee With: 18 U.S.C. § 2113(a)(d) - Armed Credit Union Robbery

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary February 28, 2006 at 2:00 p.m. in the Eastern District of California.

    Signature: /s/ William S. Wong
    Printed Name & Phone No: William S. Wong, (916) 554-2790
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee February 28, 2006 at 2:00 p.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

2/14/06
Date      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Baby Luke | Male X | Female |
| Booking or CDC #: | V81459 | DOB: | 10/03/76 |
| Facility Address: | Centinela State Prison | Race: | |
| | 2302 Brown Road, Imperial, CA 92251 | FBI #: | |
| Facility Phone: | 760-337-7900 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                              (Signature)