J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Defendant Blake

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRENT BLAKE,<br><br>   Defendant,<br>_____ | Cr. No. 2:03-cr-00371-MCE<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>(to May 31, 2007 before<br>Judge England) |

This matter is now set for sentencing on May 3, 2007.  Because the Defense needs additional time to respond to the Government's request for upward departure, it is STIPULATED between the parties that sentencing may be continued to May 31, 2007 at 9:00 AM.  It appears that this continuance will also promote judicial economy since the co-defendant, Derek Maddox is already set for sentencing on that date.

Dated May 4,2007

Respectfully submitted,

  /s/ William S. Wong                    /s/ J. Toney  
Assistant U.S. Attorney              Attorney for Defendant Blake

1

ORDER

Good cause appearing, sentencing in this matter is continued to May 31, 2007 at 9:00 AM.

Dated: May 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2