```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Defendant Blake
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:03-cr-00371-MCE |
| Plaintiff, | ) | |
| | ) | REQUEST FOR ORDER AND |
| v. | ) | ORDER ALLOWING |
| | ) | INSPECTION OF PRE-SENTENCE |
| BRENT BLAKE | ) | REPORT. |
| | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

  This Defendant is now set for sentencing on May 31, 2007 in this court. The United States Attorney has requested an upward departure due, in part, to his assertion that Blake's situation should be treated similarly to previously sentenced co-defendant Kenneth Rodgers.

   In order to properly answer this request by the Government it is necessary to review the sentencing factors in Rodgers case. It is therefore requested that the Probation Office be directed to provide me with a copy of the Pre-sentence report in the case of U.S. vs. Kenneth Rodgers, No. Cr S 03-371.

   A copy of this request is being mailed to the U.S. Probation Office, 501 I St., #2-500, Sacramento CA 95691.

///

1

1  Respectfully submitted.
2  May 14, 2007
3                                   /a/   J. Toney
4                              J. Toney, Attorney for
5                              Defendant Blake

9                         ORDER
10     Good cause appearing, The U.S. Probation Office is ordered to
11 provide a copy of its Pre-sentence report in U.S. v. Kenneth Rogers
12 No. 2:03-cr-00371-MCE to J. Toney, Attorney for Brent Blake.
13  Dated: May 18, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

2